

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00610-CV

Michael P. **GEARY**, Independent Executor of the Estate of Joseph William Geary Jr., Deceased;
and Falcon Energy, Inc.,
Appellants

v.

### TWO BOW RANCH LIMITED PARTNERSHIP;
Two Bow Management, LC; and Ronald L. Toms, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03609
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are assessed against Appellants Michael P. Geary, Independent Executor of the Estate of Joseph William Geary Jr., Deceased; and Falcon Energy, Inc.

SIGNED January 22, 2020.

_____
Patricia O. Alvarez, Justice